142 P.3d 317

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

Welck v. SPM Corp. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26226    08/15/2006    Vacated & remanded

Association of Apartment Owners of Wailuna v. James
Hardie Bldg. Products Co. . . . . . . . . . . . . . . . . . . . . . . . . 26257    08/30/2006    Vacated & remanded

T.D. v. J.H. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27665    08/31/2006    Affirmed